UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

TENGIM DONATUS CHAFIE,

Petitioner,

v.

CHRISTOPHER J. LAROSE, et al.,

Respondents.

Case No.: 3:26-cv-4624-CAB-MMP

**ORDER DENYING PETITION FOR A WRIT OF HABEAS CORPUS**

Petitioner Tengim Donatus Chafie has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. [Doc. No. 1 ("Petition").] Having reviewed the Petition and Respondents' return, [Doc. No. 5],[1] the Court **DENIES** the Petition.

Petitioner is a citizen and national of Cameroon who entered the United States without being admitted or paroled on October 17, 2025. [Doc. No. 5 at 2.] He was detained and issued a Notice to Appear, initiating removal proceedings against him. [*Id.*] On July 9, 2026, an immigration judge ("IJ") ordered Petitioner removed to Cameroon. [*Id.*] Petitioner did not timely appeal to the Board of Immigration Appeals ("BIA") and so as of August 10, 2026, he is subject to a final order of removal. 8 C.F.R. § 1241.1(c) (specifying

[1] Petitioner did not file a reply by the deadline.

that an IJ's order of removal becomes final "[u]pon expiration of the time allotted for an appeal if the respondent does not file an appeal within that time").[2]

As such, Petitioner is lawfully detained subject to the removal period and detention provisions of 8 U.S.C. § 1231, not 8 U.S.C. §§ 1225 or 1226. *See* 8 U.S.C. § 1231(a)(2)(A) ("During the removal period, the Attorney General shall detain the alien."); 8 C.F.R. § 1241.1(c). Should Petitioner's detention continue beyond the presumptively reasonable six-month period identified in *Zadvydas v. Davis*, 533 U.S. 678 (2001), he may file an amended petition with the Court.

To the extent Petitioner seeks review of his credible fear determination, this Court is without habeas jurisdiction to provide such relief. *Dep't of Homeland Sec. v. Thuraissigiam*, 591 U.S. 103, 119 (2020).

For the foregoing reasons, the Court **DENIES** the Petition.

The Clerk of the Court shall close the case.

It is **SO ORDERED**.

Dated: September 3, 2026

Hon. Cathy Ann Bencivengo
United States District Judge

---

[2] The Court is deeply concerned that this Petition was filed three days after Petitioner's order of removal became final, yet does not mention that fact or otherwise argue why detention pursuant to 8 U.S.C. § 1231 is unlawful. The Court reminds Petitioner's counsel of her Rule 11 and other ethical obligations to ensure that representations to the Court have evidentiary support and are based on legal arguments supported by existing law or a nonfrivolous argument for extension, modification, or reversal of existing law. *E.g.* Fed. R. Civ. P. 11.